United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 3, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40467
Summary Calendar

WILLIAM J DOCKERAY

Plaintiff - Appellant

v

KELLY DIXION, Assistant Warden, UNKNOWN NO 3,
FNU SIMPSON,  M WOOTEN, FNU HARMON, Lieutenant,
UNKNOWN NO 4, FNU GARCIA, Mailroom Supervisor

Defendants - Appellees

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:03-CV-532-LED-JKG
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and PRADO, Circuit
Judges.

PER CURIAM:*

     William J. Dockeray, Texas prisoner # 563359, appeals from

the district court's order denying his motion for a preliminary

injunction, in which he asked that the court order prison

officials to provide him with additional legal supplies.  He has

not established that he satisfied the four factors that he must

establish in order to prevail on a request for a preliminary

injunction.  See Lakedreams v. Taylor, 932 F.2d 1103, 1107 (5th

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 1991).  Consequently, the district court did not abuse its discretion in denying his request for an injunction.  See White v. Carlucci, 862 F.2d 1209, 1211 (5th Cir. 1989).  The judgment of the district court is AFFIRMED.